UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VASQUEZ, aka ANTHONY M. VASQUEZ,<br><br>    Petitioner,<br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 09-7273-VAP(RC)<br><br><br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: October 23, 2009

/s/ Virginia A. Phillips
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-7273.jud
10/7/09